UNITED STATES of America,
Plaintiff—Appellee,

v.

Claudia FARIAS–SANCHEZ,
Defendant—Appellant.

No. 11–30214.

United States Court of Appeals,
Ninth Circuit.

Submitted July 17, 2012.*

Filed July 19, 2012.

Alison L. Gregoire, Assistant U.S., USYA–Office of the U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

Nicholas W. Marchi, Carney & Marchi, PS, Seattle, WA, for Defendant–Appellant.

Before: SCHROEDER, THOMAS and SILVERMAN, Circuit Judges.

MEMORANDUM **

Claudia Farias–Sanchez appeals from the 30–month sentence imposed following

*States v. Leasure*, 319 F.3d 1092, 1099 (9th Cir.2003).

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

her guilty-plea conviction for being found in the United States after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Farias–Sanchez contends that the sentence was substantively unreasonable. Her sentence below the Guidelines range was not substantively unreasonable in light of the totality of the circumstances and the 18 U.S.C. § 3553(a) sentencing factors. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.